### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: COYNE, BRIAN SHAWN                    §      Case No. 13-40412-ABG
      COYNE, DEBORAH JEAN              §
                                        §
Debtor(s)                                     §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm on July 10, 2015  in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/09/2015          By:   /s/JOHN E. GIERUM

                                              Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: COYNE, BRIAN SHAWN  §  Case No. 13-40412-ABG
        COYNE, DEBORAH JEAN  §
                             §
Debtor(s)                    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 9,250.00 |
| *and approved disbursements of* | $ | 574.81 |
| *leaving a balance on hand of* [1] | $ | 8,675.19 |

**Balance on hand:**   $   8,675.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   8,675.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 1,628.01 | 0.00 | 1,628.01 |

Total to be paid for chapter 7 administration expenses:   $   1,628.01
Remaining balance:   $   7,047.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   7,047.18

1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may
receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the
Court, priority claims totaling $0.00 must be paid in advance of any dividend to
general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 7,047.18 |

The actual distribution to wage claimants included above, if any, will be the proposed
payment less applicable withholding taxes (which will be remitted to the appropriate taxing
authorities).

Timely claims of general (unsecured) creditors totaling $ 59,812.25 have been allowed and
will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.
The timely allowed general (unsecured) dividend is anticipated to be 11.8 percent,
plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 26,226.71 | 0.00 | 3,090.07 |
| 2 | Capital One, N.A. | 1,408.71 | 0.00 | 165.98 |
| 3 | Discover Bank | 2,584.31 | 0.00 | 304.49 |
| 4 | eCAST Settlement Corporation, assignee | 17,924.40 | 0.00 | 2,111.88 |
| 5 | Portfolio Recovery Associates, LLC | 8,646.10 | 0.00 | 1,018.70 |
| 6 | Portfolio Recovery Associates, LLC | 1,981.94 | 0.00 | 233.52 |
| 7 | Portfolio Recovery Associates, LLC | 1,040.08 | 0.00 | 122.54 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,047.18 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:   /s/JOHN E. GIERUM

Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 13-40412-ABG
Brian Shawn Coyne                                                               Chapter 7
Deborah Jean Coyne
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dpruitt          Page 1 of 2          Date Rcvd: Jun 12, 2015
                             Form ID: pdf006         Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2015.
```
db/jdb       +Brian Shawn Coyne,    Deborah Jean Coyne,    35196 Randhill DRive,    Inglesdie, IL 60041-8784
21114086      BMO Harris Bank,    P.O. Box 6201,    Carol Steram, Illinos 60197-6201
21114092     +Bluegreen Corporation,    Bluegreen Timeshare,    P.O. Box 810937,    Boca Raton, FL 33481-0937
21114100     +Bluegreen Vacations,    4960 Conference Way N,    Suite 100,    Boca Raton Fl 33431-4413
21114085      Capital One,    P.O. Box 2 1 887,    Eagan, MN 55121-0887
21114093      Capital One Best Buy Credit Card,    P.O. Box 71106,    Charlotte, NC 28272-1106
21314698      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21114094      Chase Card Services,    P.O. Box 15519,    Wilmington, DE 19850-5519
21114096      FIA Card Services,    P.O. Box 851001,    Dallas, TX 75285-1001
21114087      North Shore Bank,    P.O. Box 67-3086,    Milwaukee, WI 53267-3086
21114099      North Shore Credit Card,    P.O. Box 790408,    St Louis, MO 63179-0408
21522965     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,
              successor to GE CAPITAL RETAIL BANK,    PO Box 41067,    Norfolk, VA 23541)
21114090     +Patelco Credit Union,    156 Second Street,    San Fransisco, CA 94105-3725
21114091      TD Auto Finance,    P.O. Box 9001921,    Louisville, KY 40290-1921
21132686     +TD Auto Finance LLC,    Riezman Berger PC,    7700 Bonhomme Avenue 7th Floor,
              St Louis MO 63105-1960
21513618      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21114089      E-mail/Text: dob@bcu.org Jun 13 2015 00:15:59     Baxter Credit Union,
              340 North Milwaukee Avenue,    Vernon Hills, Illinois 60061
21235066     +E-mail/Text: bankruptcy@cavps.com Jun 13 2015 00:15:49     Cavalry SPV I, LLC,
              assignee of FIA Card Services,,    NA Prudential,    500 Summit Lake Drive, Ste 400,
              Valhalla, NY 10595-1340
21330904      E-mail/PDF: mrdiscen@discover.com Jun 13 2015 00:28:58     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
21114095     +E-mail/Text: mmeyers@blittandgaines.com Jun 13 2015 00:16:22     Discover Card,
              c/o Blitt & Gaines, P.C.,    661 Glenn AVenue,    Wheeling, Illinois 60090-6017
21114097     +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2015 00:22:24     GE Capital Retail Bank,
              P.O. Box 965003,    Orlando, Florida 32896-5003
21151497      E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2015 00:22:12     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
21114098      E-mail/Text: bnckohlsnotices@becket-lee.com Jun 13 2015 00:14:56     Kohl's Credit Card,
              P.O. Box 2983,    Milwaukee, WI 53201-2983
21114088      E-mail/Text: bankruptcy@bbandt.com Jun 13 2015 00:15:23     Sheffield Financial,
              P.O. Box 580229,    Charlotte, NC 28258-0229
                                                                              TOTAL: 8
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21519083*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,    successor to US BANK NATIONAL,
              ASSOCIATION ND,    PO Box 41067,    Norfolk, VA 23541)
21519081*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,
              successor to US BANK NATIONAL ASSOCIATIO,    PO Box 41067,    Norfolk, VA 23541)
                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2015                          Signature:  /s/Joseph Speetjens

District/off: 0752-1          User: dpruitt          Page 2 of 2          Date Rcvd: Jun 12, 2015
                             Form ID: pdf006         Total Noticed: 24

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2015 at the address(es) listed below:
          Howard   Peritz   on behalf of Joint Debtor Deborah Jean Coyne ilbarrister@comcast.net
          Howard   Peritz   on behalf of Debtor Brian Shawn Coyne ilbarrister@comcast.net
          John E Gierum   on behalf of Trustee John E Gierum jgierum@7trustee.net,  IL25@ecfcbis.com
          John E Gierum   jgierum@7trustee.net,  IL25@ecfcbis.com
          Kathryn A Klein   on behalf of Creditor   TD Auto Finance LLC iln@riezmanberger.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                              TOTAL: 6