**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: COYNE, BRIAN SHAWN § Case No. 13-40412-ABG
      COYNE, DEBORAH JEAN §
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $711,550.00          Assets Exempt: $487,989.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,047.18     Claims Discharged
                                                  Without Payment: $52,765.07

Total Expenses of Administration: $2,202.82

---

    3) Total gross receipts of $ 9,250.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,250.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,202.82 | 2,202.82 | 2,202.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 59,812.25 | 59,812.25 | 7,047.18 |
| **TOTAL DISBURSEMENTS** | $0.00 | $62,015.07 | $62,015.07 | $9,250.00 |

4) This case was originally filed under Chapter 7 on October 15, 2013. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/19/2015     By: /s/JOHN E. GIERUM
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Harley Softail Deluxe | 1129-000 | 9,250.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,250.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Auction Associates | 3620-000 | N/A | 469.94 | 469.94 | 469.94 |
| JOHN E. GIERUM | 2200-000 | N/A | 6.18 | 6.18 | 6.18 |
| JOHN E. GIERUM | 2100-000 | N/A | 1,628.01 | 1,628.01 | 1,628.01 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 13.03 | 13.03 | 13.03 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 11.33 | 11.33 | 11.33 |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 14.25 | 14.25 | 14.25 |
| Rabobank, N.A. | 2600-000 | N/A | 12.55 | 12.55 | 12.55 |
| Rabobank, N.A. | 2600-000 | N/A | 11.70 | 11.70 | 11.70 |
| Rabobank, N.A. | 2600-000 | N/A | 13.34 | 13.34 | 13.34 |
| Rabobank, N.A. | 2600-000 | N/A | 12.49 | 12.49 | 12.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,202.82 | $2,202.82 | $2,202.82 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | N/A | 26,226.71 | 26,226.71 | 3,090.07 |
| 2 | Capital One, N.A. | 7100-000 | N/A | 1,408.71 | 1,408.71 | 165.98 |
| 3 | Discover Bank | 7100-000 | N/A | 2,584.31 | 2,584.31 | 304.49 |
| 4 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 17,924.40 | 17,924.40 | 2,111.88 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 8,646.10 | 8,646.10 | 1,018.70 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,981.94 | 1,981.94 | 233.52 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,040.08 | 1,040.08 | 122.54 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $59,812.25 | $59,812.25 | $7,047.18 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-40412-ABG  
**Case Name:** COYNE, BRIAN SHAWN  
COYNE, DEBORAH JEAN  
**Period Ending:** 08/19/15

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 10/15/13 (f)  
**§341(a) Meeting Date:** 11/15/13  
**Claims Bar Date:** 02/19/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence Ingleside , IL | 165,000.00 | 0.00 | | 0.00 | FA |
| 2 | BlueGreen Timeshare | 5,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on person | 50.00 | 50.00 | | 0.00 | FA |
| 4 | Checking account Baxter Credit Union | 100.00 | 100.00 | | 0.00 | FA |
| 5 | Usual and customary furnishings | 200.00 | 200.00 | | 0.00 | FA |
| 6 | normal wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7 | 401k plan | 35,000.00 | 0.00 | | 0.00 | FA |
| 8 | IRA with Coe Financial | 440,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2011 Polaris ATV | 3,500.00 | 0.00 | | 0.00 | FA |
| 10 | 2005 Harley Softail Deluxe | 8,000.00 | 8,000.00 | | 9,250.00 | FA |
| 11 | 2013 Jeep Cherokee | 26,500.00 | 0.00 | | 0.00 | FA |
| 12 | 2005 Ford F150 FX4 | 12,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2006 Harley Ultra Classic Trike | 18,000.00 | 338.00 | | 0.00 | FA |
| 14 | 2005 Crestliner Fishing boat | 6,000.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets** Totals (Excluding unknown values) | **$719,550.00** | **$8,688.00** | | **$9,250.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Retained auctioneer, liquidated asset, checking claims to prepare TFR

**Initial Projected Date Of Final Report (TFR):** June 30, 2015       **Current Projected Date Of Final Report (TFR):** June 5, 2015  (Actual)

Printed: 08/19/2015 10:51 AM    V.13.25

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 13-40412-ABG | **Trustee:** JOHN E. GIERUM (520171) |
| **Case Name:** COYNE, BRIAN SHAWN / COYNE, DEBORAH JEAN | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3366 - Checking Account |
| **Taxpayer ID #:** **-***9188 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/19/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/08/14 | | American Auction Associates, Inc. | Vehicle Sale Proceeds - 2005 Harley Softail Deluxe | | 8,780.06 | | 8,780.06 |
| | {10} | American Auction Associates | Gross sales proceeds     9,250.00 | 1129-000 | | | 8,780.06 |
| | | American Auction Associates | auctioneer expenses     -469.94 | 3620-000 | | | 8,780.06 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,770.06 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.03 | 8,757.03 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.33 | 8,745.70 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.25 | 8,731.45 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.55 | 8,718.90 |
| 02/18/15 | 101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #13-40412, Reimbursement for Blanket Bond No. 10BSBGR6291 | 2200-000 | | 6.18 | 8,712.72 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.70 | 8,701.02 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.34 | 8,687.68 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.49 | 8,675.19 |
| 07/16/15 | 102 | JOHN E. GIERUM | Dividend paid 100.00% on $1,628.01, Trustee Compensation;  Reference: | 2100-000 | | 1,628.01 | 7,047.18 |
| 07/16/15 | 103 | Cavalry SPV I, LLC | First and Final Distribution | 7100-000 | | 3,090.07 | 3,957.11 |
| 07/16/15 | 104 | Capital One, N.A. | First and Final Distribution | 7100-000 | | 165.98 | 3,791.13 |
| 07/16/15 | 105 | Discover Bank | First and Final Distribution | 7100-000 | | 304.49 | 3,486.64 |
| 07/16/15 | 106 | eCAST Settlement Corporation, assignee | First and Final Distribution | 7100-000 | | 2,111.88 | 1,374.76 |
| 07/16/15 | 107 | Portfolio Recovery Associates, LLC | First and Final Distribution | 7100-000 | | 1,018.70 | 356.06 |
| 07/16/15 | 108 | Portfolio Recovery Associates, LLC | First and Final Distribution | 7100-000 | | 233.52 | 122.54 |
| 07/16/15 | 109 | Portfolio Recovery Associates, LLC | First and Final Distribution | 7100-000 | | 122.54 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,780.06 | 8,780.06 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,780.06 | 8,780.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,780.06** | **$8,780.06** | |

{} Asset reference(s)

Printed: 08/19/2015 10:51 AM   V.13.25

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 13-40412-ABG | **Trustee:** JOHN E. GIERUM (520171) |
| **Case Name:** COYNE, BRIAN SHAWN | **Bank Name:** Rabobank, N.A. |
| COYNE, DEBORAH JEAN | **Account:** ******3366 - Checking Account |
| **Taxpayer ID #:** **-***9188 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/19/15 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******3366** | | 8,780.06 | 8,780.06 | 0.00 |
| | | $8,780.06 | $8,780.06 | $0.00 |

{} Asset reference(s)                                        Printed: 08/19/2015 10:51 AM    V.13.25